THE CROWELL CORPORATION, Respondent, *v.* BAUGH AND SONS COMPANY, Appellant.

(Submitted June 8, 1934; decided July 3, 1934.)

*Theodore J. Miller* and *George Kirk, 3rd,* for appellant.
*Neil P. Cullom* and *Henry W. Steingarten* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.